STATE of Missouri, Respondent,

v.

**Roy E. BEASLEY, Appellant.**

**No. WD 53223.**

Missouri Court of Appeals,
Western District.

Sept. 23, 1997.

Susan L. Hogan, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Milton M. Frazier, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOWARD, P.J., and BRECKENRIDGE and HANNA, JJ.

**Order**

PER CURIAM.

Roy Beasley appeals his convictions, following a jury trial, of murder in the first degree, § 565.020, and armed criminal action, § 571.015, RSMo 1994.

Affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

**Harold E. BURTON, Appellant.**

**No. WD 52959.**

Missouri Court of Appeals,
Western District.

Sept. 23, 1997.

Jeannie Arterburn Willibey, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

**Order**

PER CURIAM.

Harold E. Burton appeals the judgment of convictions and concurrent sentences of life imprisonment for first-degree murder, § 565.020, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994, with no chance of probation or parole as to the life sentence for first-degree murder.

Judgment affirmed. Rule 30.25(b).